UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARSHA DAVENPORT, ) | |
| ) | Case No. 16-CV-4095-SLD-JEH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC FANNING, SECRETARY OF THE ) | |
| ARMY, and DEPARTMENT OF THE ARMY, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION TO DISMISS**

Now comes Plaintiff, Marsha Davenport, by and through her attorney, Blake Parker, and Defendants, Eric Fanning, Secretary of the Army, and Department of the Army, by and through their attorney, Joshua I. Grant, Assistant United States Attorney for the Central District of Illinois, and hereby stipulate to the dismissal of this case with prejudice. In support thereof, the parties state the following:

1.  On March 28, 2017, the parties reached a settlement agreement after the Court conducted a settlement conference. Accordingly, the Court dismissed this matter without prejudice pending the execution of a signed settlement agreement and filing of a stipulation to dismiss.

2.  Rule 41 of the Federal Rules of Civil Procedure authorizes the voluntary dismissal of a case when the parties file a signed stipulation of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). A voluntary dismissal may be with prejudice when the parties agree to such a dismissal. Fed. R. Civ. P. 41(a)(1)(B).

3.  The parties have resolved this matter and signed a written settlement agreement.

4.  The parties have agreed that this matter should be dismissed with prejudice and without leave to reinstate.

5.      The Settlement Agreement and General Release provides that payment is to be made to Plaintiff in the future. The parties agree to this Court retaining continuing jurisdiction over this matter solely for the purpose of enforcing compliance with the terms of the Settlement Agreement and General Release.

6.      Plaintiff further agrees that upon completion of the payments under the terms of the Settlement Agreement and General Release, Plaintiff shall file a Notice of Satisfaction of Settlement with the Court.

7.      The parties have also agreed that each party should bear their own attorney's fees, costs, and expenses.

Wherefore, the parties respectfully request that this honorable Court enter an order dismissing this matter with prejudice.

Respectfully Submitted,

| For the Plaintiff: | For the Defendants: |
|---|---|
| S/Blake F. Parker (by consent)<br>Blake F. Parker<br>PARKER LAW OFFICE<br>719 South 2nd Street<br>Clinton, IA  52732<br>Phone: 800-387-8167<br>Email: blakeparkerlaw@gmail.com | S/Joshua I. Grant<br>Joshua I. Grant, IL Bar No. 6299901<br>Assistant United States Attorney<br>United States Attorney's Office<br>318 South Sixth Street<br>Springfield, IL 62701<br>Phone: 217-492-4450<br>Email: Joshua.grant@usdoj.gov |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARSHA DAVENPORT, ) | |
| ) | Case No. 16-CV-4095-SLD-JEH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC FANNING, SECRETARY OF THE ) | |
| ARMY, and DEPARTMENT OF THE ARMY, ) | |
| ) | |
| Defendants. ) | |

**Certificate of Service**

I hereby certify that on April 25, 2017, I filed the foregoing Joint Stipulation to Dismiss with the Clerk of the Court using the CM/ECF system, which will send electronic notification of said filing to:

    Blake F. Parker
    PARKER LAW OFFICE
    719 S. 2nd Street
    Clinton, IA  52732
    Email: blakeparkerlaw@gmail.com

Date: <u>April 25, 2017</u>                                                          S/Joshua I. Grant
                                                                                             Joshua I. Grant
                                                                          Assistant United States Attorney